NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE RELATED GROUP, F/K/A THE )
RELATED GROUP OF FLORIDA; )
TRG-FT. MYERS, INC., and TRG )
OASIS (TOWER TWO), LTD., )
)
      Petitioners, )
)
v. )      Case No. 2D18-15
)
OASIS TOWER TWO CONDOMINIUM )
ASSOC., INC.; ACRES & SON PLUMBING,)
INC.; DISTINCTIVE FINISHES, LLC; )
POWER DESIGN, INC.; ALLEN )
CONCRETE & MASONRY, INC.; C.L.W. )
CONCRETE CONSTRUCTION, INC.; )
COASTAL FIRE PROTECTION, INC.; CST )
INDUSTRIES, INC.; as successor of )
CONSERVATEK INDUSTRIES, INC.; )
DILLON POOLS, INC., FLORIDA )
ALUMINUM & STEEL, INC.; GULF )
ALUMINUM PRODUCTS, INC.; HILL )
YORK SERVICE CORPORATION, as )
successor of HILL YORK CORPORATION; )
LOPAC ENTERPRISES, INC.; f/n/a HJ )
FOUNDATION, INC.; LIGHTNING )
PROTECTION SYSTEMS, INC.; LOPEZ )
BROTHERS MASONRY, INC.; MCW )
ACQUISITION, LLC d/b/a METRO )
CAULKING & WATERPROOFING; R.C. )
ALUMINUM INDUSTRIES, INC.; )
SCOTTIES CANVAS & MARINE )
OUTFITTERS, INC; SOUTHLAND )
FORMING, INC.; TIMO BROTHERS, INC.; )
WEST COAST FLORIDA ENTERPRISES, )
INC.; f/k/a WEST COAST ROOFING & )

WATERPROOFING, INC.; ARC ONE, LLC; )
B. DISPLAYS, INC., d/b/a SALINI DESIGN; )
DESIGNER'S CHOICE UNLIMITED, LLC; )
D'YWIDAG SYSTEMS INTERNATIONAL, )
USA, INC.; JUST SILLS, LLC, KONE, INC.; )
VIKING CONSTRUCTION )
CORPORATION OF S.W. FLORIDA; VILA )
& SON LANDSCAPING CORP., )
)
   Respondents. )
_____)

Opinion filed June 22, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Lee County; John E. Duryea,
Judge.

Julissa Rodriguez, Michael Thomas,
Christopher Barnett, Elliott H. Scherker,
Bridget F. Chech Samole, Stephanie L.
Varela of Greenberg Traurig, P.A., Miami;
and David B. Haber and Lauren S. Fallick
of Haber Slade, P.A., Miami, (withdrew
after briefing), for Petitioners, The Related
Group Florida (f/k/a The Related Group
Florida), Related Florida, Inc., TRG-Ft.
Myers, Inc.

Jason R. Moyer and Hannah N. Tyson of
Moyer Law Group, St. Petersburg, for
Petitioner, TGR Oasis (Tower Two), Ltd.

Stacy D. Blank and Patrick M. Chidnese
of Holland & Knight LLP, Tampa, for
Respondents, Oasis Tower Two
Condominium Association, Inc. and
Oasis Ft. Myers Master Association, Inc.

PER CURIAM.

   Dismissed.


NORTHCUTT, CRENSHAW, and SLEET, JJ., Concur.